REDACTED SEALED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-

AUG 24 2022



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:22-CR- 49 |
| | ) | Violations: 18 U.S.C. § 922(a)(6) |
| ECHO A. SCHEIDT | ) | 924(a)(2), and 18 U.S.C. § 1001(a) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about February 6, 2022, in the Northern District of Indiana,

**ECHO A. SCHEIDT,**

defendant herein, in connection with the acquisition and attempted acquisition of a firearm from In-laws & Outlaws Gun Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement, to In-laws & Outlaws Gun Shop, which statement was intended and likely to deceive In-Laws & Outlaws Gun Shop as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she resided at 1327 W Euclid Ave, and the defendant denied she was an unlawful user of marijuana, knowing that information to be false;

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about March 4, 2022, in the Northern District of Indiana,

**ECHO A. SCHEIDT,**

defendant herein, in connection with the acquisition and attempted acquisition of a firearm from In-laws & Outlaws Gun Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement, to In-laws & Outlaws Gun Shop, which statement was intended and likely to deceive In-Laws & Outlaws Gun Shop as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she resided at 1327 W Euclid Ave, and the defendant denied she was an unlawful user of marijuana, knowing that information to be false;

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about March 10, 2022, in the Northern District of Indiana,

**ECHO A. SCHEIDT,**

defendant herein, in connection with the acquisition and attempted acquisition of a firearm from Trading Post, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement, to Trading Post, LLC, which statement was intended and likely to deceive Trading Post, LLC, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she resided at 1327 W Euclid Ave, and the defendant denied she was an unlawful user of marijuana, knowing that information to be false;

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4

On or about March 19, 2022, in the Northern District of Indiana,

**ECHO A. SCHEIDT,**

defendant herein, in connection with the acquisition and attempted acquisition of a firearm from Trading Post, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement, to Trading Post, LLC, which statement was intended and likely to deceive Trading Post, LLC as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she resided at 1327 W Euclid Ave, and the defendant denied she was an unlawful user of marijuana, knowing that information to be false;

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 5

On or about April 5, 2022, in the Northern District of Indiana,

**ECHO A. SCHEIDT,**

defendant herein, in connection with the acquisition and attempted acquisition of a firearm from In-laws & Outlaws Gun Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement, to In-laws & Outlaws Gun Shop, which statement was intended and likely to deceive In-Laws & Outlaws Gun Shop as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she resided at 1327 W Euclid Ave, and the defendant denied she was an unlawful user of marijuana, knowing that information to be false;

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 6

On or about July 31, 2022, in the Northern District of Indiana,

**ECHO A. SCHEIDT,**

defendant herein, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation, in any matter within the jurisdiction of the executive branch of the Government of the United States, that is, an official criminal investigation conducted by the Bureau of Alcohol, Tobacco, Firearms and Explosives;

All in violation of 18 U.S.C. § 1001(a).

A TRUE BILL

/s/ Foreperson
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:  /s/ Brent A. Ecenbarger
Brent A. Ecenbarger
Assistant United States Attorney