UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:   1:22-CR-49 |
| ) | |
| ECHO A. SCHEIDT ) | |
| Defendant. ) | |

# NOTICE OF APPEAL

Notice is hereby given that Echo Scheidt, above-named Defendant, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered on this Action on August 3, 2023.

Dated:   August 9, 2023

                                        Northern District of Indiana
                                        Federal Community Defenders, Inc.

                        By:   s/ Chad J. Pennington
                                        Chad J. Pennington
                                        200 E. Main Street, Suite 905
                                        Fort Wayne, IN 46802
                                        Phone: (260) 422-9940
                                        Fax: (260) 422-9954
                                        E-mail: Chad_Pennington@fd.org


# CERTIFICATE OF SERVICE

I hereby certify that, on August 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

                                        s/ Chad J. Pennington